Hugh A. Wilson and Elmore Young, Plaintiffs in Error, v. M. M. Knight *et al.,* Defendants in Error.

### Division A.

Writ of error to Circuit Court, Columbia county; E. J. Vann, Referee.

A. J. Henry and T. B. Oliver for plaintiffs in error.

B. H. Palmer for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam*.